# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **Power Home Solar, LLC** | **Case No. 22-50228** |
| **Debtor(s).** | |
| **JIMMY R. SUMMERLIN, JR., in his Capacity as Chapter 7 bankruptcy trustee for the Estate of Power Home Solar, LLC d/b/a Pink Energy,** | |
| **Plaintiff,** | **Adv. Proc. No. 24-03073** |
| **v.** | |
| **MCNAUGHTON-MCKAY ELECTRIC CO.,** | |
| **Defendant.** | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, by and through his undersigned counsel, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and the terms and conditions of that certain Settlement Agreement between the parties as approved herein by Order entered June 13, 2025 (Docket No. 13), and provides notice of the voluntary dismissal of this action, with prejudice.

Dated: July 10, 2025.

                                                 YOUNG, MORPHIS, BACH & TAYLOR, LLP

                                                 /s/ Jimmy R. Summerlin, Jr.
                                                 Jimmy R. Summerlin, Jr.
                                                 N.C. State Bar No. 31819
                                                 P.O. Drawer 2428
                                                 Hickory, NC 28603
                                                 Telephone: 828-322-4663
                                                 Facsimile: 828-324-2431
                                                 Attorneys for the Plaintiff

527043.1

## CERTIFICATE OF SERVICE

    I hereby certify that copies of the foregoing document were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case on July 10, 2025 and upon the following:

    Brian P. Lick
    blick@clarkhill.com
    Attorneys for McNaughton-McKay Electric Co.

Dated: July 10, 2025.

                                          YOUNG, MORPHIS, BACH & TAYLOR, LLP

                                          /s/ Jimmy R. Summerlin, Jr.
                                          Jimmy R. Summerlin, Jr.
                                          N.C. State Bar No. 31819
                                          P.O. Drawer 2428
                                          Hickory, NC 28603
                                          Telephone:  828-322-4663
                                          Facsimile:  828-324-2431
                                          Attorneys for the Plaintiff

527043.1